■ CHARLES P. ARMITAGE et al., Appellants. v. TOWN OF HUNTINGTON et al., Respondents.— In an action for a judgment declaring invalid an amendment to the Building Zone Ordinance of the Town of Huntington, which established a " Generating Station District ", and declaring invalid an amendment to said ordinance and the building zone map which rezoned approximately 250 acres from an existing residential district to· the newly established district, the appeal is from an order granting respondents' motion for summary judgment dismissing the complaint, and denying appellants' cross motion for summary judgment. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ GEORGE DUMANE et al., Doing Business under the Name of NATIONAL ENTERPRISES COMPANY, Respondents, v. CARL MARTUCCI et al., Doing Business under the Name of SUFFOLK SAND AND STONE COMPANY, Appellants.— In an action to recover damages for breach of a contract to supply concrete and to cancel a mechanic's lien, the appeal is from a judgment, entered after trial before an Official Referee, in favor of respondents for $7,919.50 and canceling the mechanic's lien. Judgment modified on the facts by striking from the first decretal paragraph " Seven Thousand Nine Hundred Nineteen and 50/100 ($7,919.50) Dollars " and " Eight Thousand Eighty-Seven ($8,087.00) Dollars " and by substituting in place thereof respectively " Four Thousand Five Hundred Eight and 63/100 ($4,508.63) Dollars " and " Four Thousand Six Hundred Seventy-Six and 13/100 ($4,676.13) Dollars ". As so modified, judgment unanimously affirmed, without costs. Findings of fact insofar as they may be inconsistent herewith are reversed and new findings are made as indicated herein. Giving consideration to the proportion of respondents' expenses caused by concrete supplied by appellants and to the 106 cubic yards of satisfactory concrete which were supplied to, and used by, respondents, the award for damages was excessive. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ FLATLANDS PAINT & WALLPAPER Co., INC., Appellant, v. NATIONAL GYPSUM COMPANY, Respondent.— In an action by a vendee against its vendor to recover damages for breach of warranty, such damages being the amount which the vendee was required to pay out to its customer by reason of the alleged defective merchandise, the appeal is from an order granting a motion to dismiss the amended complaint for insufficiency and from the judgment entered thereon. Order and judgment reversed, with· $10 costs and disbursements, and motion denied, with $10 costs. In our opinion, the amended complaint states facts sufficient to set forth a cause of action. We do not now determine whether appellant may recover the damages claimed. That question must await development of the facts on trial. Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ CHARLOTTE S. GARY, Respondent, v. WALTER J. GARY, Appellant.— In an action to recover payments under a separation agreement, alleged to be past due, the appeal is from an order granting a motion for summary judgment striking out the answer and from the judgment entered in accordance therewith. Order and judgment unanimously affirmed, with $10 costs and disbursements. The agreement is not in contravention of section 51 of the Domestic Relations Law. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. [6 Misc 2d 669.]